PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR 08-00338JMS-02

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00214-CDS-NJK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DANIEL JUSTIN HERNANDEZ | Hawaii | Honolulu |

FILED ✓  RECEIVED
ENTERED   SERVED ON
JULY 22 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| The Honorable J. Michael Seabright | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/25/2022 | TO 01/25/2026 |

**OFFENSE**

Conspiracy to Distribute and Possession With Intent to Distribute 50 Grams or More of Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Employment/ Communal ties

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Nevada_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/16/25
Date

_/s/ J. Michael Seabright_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
Effective Date

Cristina D. Silva, United States District Judge